**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MUHAMMED A. FIGEN, Plaintiff, | ) | CASE NO. 5:26-cv-1379 |
| vs. | ) | CHIEF JUDGE SARA LIOI |
| JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, Defendant. | ) | ORDER OF DISMISSAL |

This matter comes before the Court upon plaintiff's Notice of Dismissal without prejudice. (Doc. No. 3.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff in this case has filed such a notice, and no answer or motion for summary judgment has been filed. Therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: August 5, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**